**Motion GRANTED AND Order filed October 13, 2016.**



In The

# Fourteenth Court of Appeals

_____

### NO.  14-16-00814-CR
_____

### IN RE MITCHELL THOMPSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1492257**

---

## ORDER

On October 12, 2016, relator Mitchell Thompson, filed a petition for writ of mandamus in this court asking this court to order the Honorable Maria T. Jackson, Judge of the 339th District Court, in Harris County, Texas, to set aside her order dated August 24, 2016, entered in trial court number 1492257, styled *The State of Texas vs. Mitchell Thompson* that requires relator to submit to testing on October 13,

2016 to show whether or not relator has a sexually transmitted disease, or has acquired immune deficiency syndrome, or human immunodeficiency virus infection, antibodies to HIV or infection with any other probable causative agent of AIDS (the August 24 Testing Order).

On October 12, 2016, relator also filed a motion for temporary relief asking that this court stay the August 24 Testing Order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10. It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the August 24 Testing Order **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

The notice that the court issued on October 12, 2016, that the motion for temporary relief is denied, is withdrawn and is superseded by this Order.

PER CURIAM

Panel consists of Justices McCally, Brown, and Wise.